# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 15MJ2449 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Bryan Rodriguez Vega | ) | Booking No. 50638298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8/24/15__
the Court entered the following order:

- [X] Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release.
- [X] Defendant released on $ __25,000 PS__ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ___ Case dismissed.
- ___ Case dismissed, charges pending in case no. _____
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other. _____

**DAVID H. BARTICK**
UNITED STATES MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk
by /s/ A. EVERILL, Deputy Clerk

Received _____
    DUSM

Crim-9   (Rev. 8-11)    ☆ U.S. GPO: 1996-783-398/40161

CLERK'S COPY