# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 15mj2449-DHB |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Garibay et al ) | |
| Defendant(s) ) | Booking No. |

On order of the United States District/**Magistrate Judge** David H. Bartick

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Monica Estela Blas-Espino

DATED: 9/8/15

David H. Bartick
UNITED STATES DISTRICT/**MAGISTRATE JUDGE**

RECEIVED _____      OR
                 DUSM

JOHN MORRILL, Clerk
by _____ Deputy Clerk
T. LEE