**FILED**

Sep 10 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ s/ ericas _____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ADRIANA ELIZABETH GARIBAY (1),<br>ISAAC JIMENEZ (2),<br>BRYAN RODRIGUEZ VEGA (3),<br><br>         Defendants. | Case No.: '15 CR2344 AJB<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(iv),<br>(v)(II) and (a)(1)(B)(i) –<br>Inducing and Encouraging<br>Aliens to Enter the United<br>States for Financial Gain<br>and Aiding and Abetting;<br>Title 8, U.S.C., Secs.<br>1324(a)(1)(A)(ii), (v)(II)<br>and (a)(1)(B)(i) –<br>Transportation of Certain<br>Aliens for Financial Gain<br>and Aiding and Abetting |

The United States Attorney charges:

COUNT ONE

On or about August 13, 2015, within the Southern District of California, defendants ADRIANA ELIZABETH GARIBAY and ISAAC JIMENEZ, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Monica Estela Blas-Espino, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law, and which was done for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), (v)(II) and (a)(1)(B)(i).

PAHO:rm:8/25/2015

COUNT TWO

On or about August 13, 2015, within the Southern District of California, defendant BRYAN RODRIGUEZ VEGA, knowing and in reckless disregard of the fact that an alien, namely, Monica Estela Blas-Espino, had come to, entered and remained in the United States in violation of law, did knowingly transport and move, or attempt to transport and move said alien, within the Southern District of California, in order to help said alien remain in the United States illegally, and which was done for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i).

DATED:  9/10/15 .

LAURA E. DUFFY
United States Attorney

PATRICK HOVAKIMIAN
Assistant U.S. Attorney