FILED
OCT - 6 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ADRIANA ELIZABETH GARIBAY (1),<br>ISAAC JIMENEZ (2),<br>BRYAN VEGA RODRIGUEZ (3),<br><br>  Defendants. | Case No. <u>15CR2344</u><br>SUPERSEDING<br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 and<br>Title 18, U.S.C., Sec. 3 -<br>Accessory to an Illegal Entry<br>(Misdemeanor) |

Count 1

On or about August 13, 2015, within the Southern District of California, defendant ADRIANA ELIZABETH GARIBAY, knowing that an offense against the United States had been committed, to wit, improper entry by an alien, by Monica Estela Blas-Espino, did receive, relieve, comfort, and assist the offender, Monica Estela Blas-Espino, in order to hinder and prevent the offender's apprehension, trial, and punishment, in violation of Title 8, United States Code, Section 1325, a misdemeanor and Title 18, United States Code, Section 3.

\*:\*:San Diego/Imperial
10/6/15

Count 2

On or about August 13, 2015, within the Southern District of California, defendant ISAAC JIMENEZ, knowing that an offense against the United States had been committed, to wit, improper entry by an alien, by Monica Estela Blas-Espino, did receive, relieve, comfort, and assist the offender, Monica Estela Blas-Espino, in order to hinder and prevent the offender's apprehension, trial, and punishment, in violation of Title 8, United States Code, Section 1325, a misdemeanor and Title 18, United States Code, Section 3.

Count 3

On or about August 13, 2015, within the Southern District of California, defendant BRYAN VEGA RODRIGUEZ, knowing that an offense against the United States had been committed, to wit, improper entry by an alien, by Monica Estela Blas-Espino, did receive, relieve, comfort, and assist the offender, Monica Estela Blas-Espino, in order to hinder and prevent the offender's apprehension, trial, and punishment, in violation of Title 8, United States Code, Section 1325, a misdemeanor and Title 18, United States Code, Section 3.

DATED: October 6, 2015.

LAURA E. DUFFY
United States Attorney

By: _____
    BRANDON J. KIMURA
    Assistant U.S. Attorney